## AMENDMENT TO MANAGEMENT
## AGREEMENT

This Amendment to Management Agreement (the "Amendment") is dated this _25_ day of _November_, 2012, by and between **Trading Places International, LLC** (*formerly Trading Places International, Inc.*) a California limited liability company, having its principal place of business at 23807 Aliso Creek Road, Laguna Nigel, CA 92677 ("TPI"), and **Stormy Point Village Phase III Property Owner's Association, Inc.,** (*erroneously listed in as "Stormy Point Village – Property Owners Association, Inc." in the agreement being hereby amended*) a Missouri non-profit corporation having its principal place of business at 3940 Green Mountain Drive, Branson, MO 65616 (referred to hereinafter as the "Association") (collectively referred to hereinafter as the "Parties")

### Recitals

A.    The Parties are parties to that certain Management Agreement effective as of January 1, 2008 (the "Agreement").

B.    The Parties now wish to amend the Agreement, pursuant to its terms, as set forth below.

### Amendment

The Parties agree to amend the Agreement as follows:

1.    The current operative term of the Agreement is hereby extended to December 31, 2017, at which time the Agreement will automatically renew as provided in Section 3.1(b) of the Agreement, unless notice is provided according to Section 3.1(b).

2.    The Parties hereby acknowledge and agree that, except for the amendments to the Agreement specifically described hereinabove, no other changes are intended hereby and all other provisions of the Agreement are intended by the Parties to remain in full force and effect.

[SIGNATURES APPEAR AT FOLLOWING PAGE]

Exhibit D (Page 1 of 2)

In Witness Whereof, the Parties have executed this Amendment as of the date first above written.


"TPI"
Trading Places International, LLC
A California limited liability company

BY: _____

Printed Name: _Marcus Wood_

TITLE: _Exec. Vice President_


"Association"
Stormy Point Village Phase III
Property Owners Association, Inc.
A Missouri non-profit corporation

BY: _____

Printed Name: _James P Boyce_

TITLE: _President_


*Amendment to MGT Agreement_Stormy Point*    Page 2 of 2