IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| TRADING PLACES INTERNATIONAL, LLC, | ) ) ) |
| Plaintiff; | ) ) |
| vs. | ) Case No. _____ ) ) |
| SUMMERWINDS RESORT SERVICES, LLC, et al., | ) ) ) |
| Defendants. | ) ) |

**DISCLOSURE OF CORPORATE INTERESTS**

COMES NOW plaintiff Trading Places International, LLC, and under Fed. R. Civ. P. 7.1 and L.R. 7.1. states that its parent companies and affiliates include:

1. Management Acquisition Holdings, LLC (Delaware);
2. Interval International, Inc. (Florida);
3. Interval Holdings, Inc. (Delaware);
4. IIC Holdings Incorporated (Delaware);
5. Interval Acquisition Corp. (Delaware); and
6. Interval Leisure Group, Inc. (Delaware), which is publically traded on the NASDAQ Stock Market as IILG.

Respectfully Submitted,

LATHROP & GAGE LLP

By: */s/ James E. Meadows*
James E. Meadows     #50874
Joshua B. Christensen     #63759
910 E. St. Louis, Suite 100
Springfield, MO 65806
(417) 886-2000  FAX: 886-9126
jmeadows@lathropgage.com
jchristensen@lathropgage.com
*Attorneys for Plaintiff TPI*

23537247v1