## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| **TRADING PLACES INTERNATIONAL, LLC,** | |
| **Plaintiff,** | |
| **vs.** | **Case No. 6:15-cv-03092-BP** |
| **SUMMERWINDS RESORT SERVICES, LLC, ET AL.,** | |
| **Defendants.** | |

## DEFENDANT SUMMERWINDS RESORT SERVICES, LLC'S DISCLOSURE OF CORPORATE INTERESTS

**COMES NOW** Defendant Summerwinds Resort Services, LLC, and under Fed. R. Civ.

Pro. 7.1 makes the following Disclosure of Corporate Interests:

1.  The White Cliffs Experience, Inc. (Missouri)

2.  Mid-Vest Equities, Inc. (Missouri)

**NEALLY LAW, LLC**

*/s/ Joshua D. Neally*

Joshua D. Neally        #61809
205 Park Central East, Suite 501
Springfield, Missouri 65806
Phone:  417-863-0200
Fax:  417-863-0169
E-mail: Joshua@neallylaw.com
**Attorney for Defendants Summerwinds Resort Services, LLC and Stormy Point Village – Phase III Property Owners Association, Inc.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the above and foregoing was submitted this 28th day of April, 2015 via ( ) U.S. Mail, ( ) facsimile, ( ) hand delivery, and/or (x) electronic mail to:

James Meadows
Lathrop & Gage, LLP
910 East St. Louis Street, Suite 100
Springfield, Missouri 65806
Telephone: 417-887-5949
Facsimile: 417-886-9126
Email: jmeadows@lathropgage.com
**Attorney for Plaintiff**

/s/ *Joshua D. Neally*
Attorney