IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| TRADING PLACES INTERNATIONAL, LLC, <br><br> Plaintiff; <br><br> vs. <br><br> SUMMERWINDS RESORT SERVICES, LLC, et al., <br><br> Defendants. | Case No. 6:15-cv-03092-BP |

**REPORT OF RULE 26(f) CONFERENCE &
JOINT PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN**

Attorneys for Plaintiff and Defendants met in person on June 12, 2015, for purposes of conferring on scheduling and discovery issues as required by Federal Rule of Civil Procedure 26(f). Pursuant to Rule 26(f), as well as Local Rules 16.1(f) and 26.1(c), the parties submit for this Court's consideration and approval the following *Joint Proposed Scheduling Order and Discovery Plan*:

### A. Parties & Pleadings

All motions to join additional parties shall be filed on or before **September 10, 2015**. All motions to amend the pleadings shall be filed on or before **October 13, 2015**.

### B. Mediation and Assessment Program (MAP)

Plaintiff shall file, on or before **July 2, 2015**, a Designation of Mediator notice identifying the parties' jointly selected Outside Mediator and the date, time, and location of the mediation. The mediation must occur by or before **August 26, 2015**.

### C. Initial Disclosures under Rule 26(a)

The parties jointly propose changes to the timing of disclosures under Rule 26(a), but not the form or requirement for disclosures. Due to scheduling conflicts and the

24174755v1

pending motions to dismiss, which the parties have agreed to resolve through amended pleadings, the exchange of initial disclosures will occur by **July 10, 2015**.

### D. Discovery

The parties agree that both written discovery and depositions will be needed, primarily regarding the management agreements between the parties and claimed damages. The parties agree that there is no need for discovery to be conducted in multiple phases. The parties propose that all discovery be completed on or before **January 25, 2016**, as no discovery has been exchanged during the pendency of Defendants' motions to dismiss.

### E. Expert-Witness Disclosures

Plaintiff shall designate any expert witnesses it intends to call at trial on or before **November 23, 2015**, and Defendants shall designate any expert witnesses they intend to call at trial on or before **December 24, 2015**. This paragraph applies to all witnesses form whom expert opinions will be elicited, regardless of whether the witness was specially retained to provide expert testimony.

### F. Electronically Stored Information (ESI)

The parties agree that ESI is to be provided electronically in text-searchable PDF format, except where specifically requested in a native format, provided that production in a native format would be reasonably warranted and not unduly burdensome.

### G. Protective Orders and Claims of Privilege

The parties do not anticipate any specific issues regarding claims of privilege, protection under the work-product doctrine, or confidentiality that would necessitate a protective order in this matter. Should information responsive to discovery requests be subject to privilege or otherwise in need of a protective order, counsel for the parties will

-2-
24174755v1

Case 6:15-cv-03092-BP   Document 12   Filed 06/26/15   Page 2 of 4

confer to resolve any disagreement, and will seek an appropriate protective order if the disagreement cannot be resolved.

**H. Limitations on Discovery**

The parties do not request any further changes to the limits on discovery imposed by the Federal Rules of Civil Procedure or the Local Rules.

**I. Other Orders**

The parties do not request any other orders that should issue under Rule 26(c) or Rule 16(b).

**J. Trial**

The parties propose that this case will be ready for trial any time after **April 15, 2016**, and anticipate that the case will require **3** days for trial by **court without use of a jury**.

Respectfully Submitted,


| **Lathrop & Gage, LLP** | **Neally Law, LLC** |
|---|---|
| /s/ *James E. Meadows* | /s/ *Joshua D. Neally* |
| James E. Meadows    #50874 | Joshua D. Neally    #61809 |
| Joshua Christensen    #63759 | 205 Park Central East, Suite 501 |
| 910 E. St. Louis, Suite 100 | Springfield, MO 65806 |
| Springfield, MO 65806 | Phone:    (417) 863-0200 |
| Phone:    (417) 886-2000 | Fax:    (417) 863-0169 |
| Fax:    (417) 886-9126 | joshua@neallylaw.com |
| jmeadows@lathropgage.com | *Attorney for Defendants* |
| jchristensen@lathropgage.com | *Summerwinds Resort Services,* |
| *Attorneys for Plaintiff TPI* | *LLC and Stormy Point Village –* |
| | *Phase III Property Owners* |
| | *Association, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a complete copy of the foregoing was electronically filed this 26th day of June, 2015, with the Clerk of the Court using the efiling system which sent notification of such filing to the following:

Joshua Neally
Neally Law, LLC
205 Park Central East, #501
Springfield, MO 65806

/s/ *James E. Meadows*
James E. Meadows

-4-

24174755v1