IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| TRADING PLACES INTERNATIONAL, LLC, | ) ) ) | |
| Plaintiff; | ) ) | |
| vs. | ) ) | Case No. 6:15-cv-03092-BP |
| SUMMERWINDS RESORT SERVICES, LLC, et al., | ) ) ) ) | *Unopposed* |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE
## FIRST AMENDED COMPLAINT

TPI Respectfully requests leave of this Court, under Rule 15(a)(2), to file its proposed *First Amended Complaint* (**Exhibit A**) to resolve the parties' dispute regarding the pleading of jurisdictional facts, and to otherwise clarify TPI's allegations.

At the parties' Rule 26(f) conference, counsel for defendants orally agreed to withdraw their pending motions to dismiss (Docs. 7 & 8) upon the filing of TPI's *First Amended Complaint*. A draft of **Exhibit A** was submitted to counsel for defendants for review and comment on July 13, 2015 (*see* Email attached as **Exhibit B**), but no objections or other responses have been received.

Respectfully Submitted,

LATHROP & GAGE LLP

By: /s/ *James E. Meadows*
James E. Meadows     #50874
Joshua B. Christensen     #63759
910 E. St. Louis, Suite 100
Springfield, MO 65806
(417) 886-2000 FAX: 886-9126
jmeadows@lathropgage.com
jchristensen@lathropgage.com
*Attorneys for Plaintiff TPI*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a complete copy of the foregoing was electronically filed this 21st day of July, 2015, using the Court's CM/ECF system, which will provide notice to the following:

Joshua D Neally
NEALLY LAW LLC
205 Park Central East, Suite 501
Springfield, MO 65806
joshua@neallylaw.com

/s/ *James E. Meadows*
Attorney of Record