IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| TRADING PLACES INTERNATIONAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:15-cv-03092-BP |
| | ) |
| SUMMERWINDS RESORT SERVICES, LLC, ET AL., | ) ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS COUNT III OF
PLAINTIFF'S FIRST AMENDED COMPLAINT FOR
FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

COME NOW Defendants Summerwinds Resort Services, LLC, and Stormy Point Village – Phase III Property Owners Association, Inc., (collectively, "Defendants") and, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move the Court to enter an order dismissing Count III of Plaintiff's First Amended Complaint (Tortious Interference Against Summerwinds) for failure to state a claim upon which relief can be granted. In support of their motion, Defendants incorporate by reference their contemporaneously filed Brief in Support.

WHEREFORE, Defendants Summerwinds Resort Services, LLC, and Stormy Point Village – Phase III Property Owners Association, Inc., pray the Court enter an order dismissing Count III of Plaintiff's First Amended Complaint for failure to state a claim upon which relief can be granted, awarding Defendants their costs and attorneys' fees herein incurred, and for such other and further relief as the Court deems just, equitable, and proper.

HUSCH BLACKWELL LLP

By: /s/ *Christopher F. Weiss*
    Bryan O. Wade, #41939
    Christopher F. Weiss, #49314
    901 St. Louis St., Suite 1800
    Springfield, MO 65806
    Office: (417) 268-4000
    Fax No: (417) 268-4040
    Bryan.wade@huschblackwell.com

Attorneys for Defendants

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this 28th day of August, 2015, by notification through the court's efiling system to:

| | |
|---|---|
| James Meadows | Joshua D. Neally |
| Joshua B. Christensen | 205 Park Central East, Suite 501 |
| Lathrop & Gage, LLP | Springfield, MO 65806 |
| 910 East St. Louis Street, Suite 100 | Joshua@neallylaw.com |
| Springfield, MO 65806 | |
| jmeadows@lathropgage.com | |
| jchristensen@lathropgage.com | |

    /s/ *Christopher F. Weiss*
    Christopher F. Weiss