# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| TRADING PLACES INTERNATIONAL, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUMMERWINDS RESORT SERVICES, LLC, ) <br> ET AL., ) <br> ) <br> Defendants. ) | Case No. 6:15-cv-03092-BP |

## CERTIFICATE OF SERVICE

COMES NOW Defendant Stormy Point Village—Phase III Property Owners Association, Inc., by counsel, and hereby certifies that *Defendant Stormy Point Village—Phase III Property Owners Association, Inc.'s First Request for Production Directed to Trading Places, LLC,* were sent on December 4, 2015, via email in pdf and Word versions to the following counsel of record:

| | |
|---|---|
| James Meadows <br> Joshua B. Christensen <br> Lathrop & Gage, LLP <br> 910 East St. Louis Street, Suite 100 <br> Springfield, MO 65806 <br> jmeadows@lathropgage.com <br> jchristensen@lathropgage.com | Joshua D. Neally <br> 205 Park Central East, Suite 501 <br> Springfield, MO 65806 <br> Joshua@neallylaw.com |

HUSCH BLACKWELL LLP

By:    /s/ *Christopher F. Weiss*
    Bryan O. Wade, #41939
    Christopher F. Weiss, # 49314
    901 St. Louis St., Suite 1800
    Springfield, MO 65806
    Office: (417) 268-4000
    Fax No: (417) 268-4040
    bryan.wade@huschblackwell.com
    chris.weiss@huschblackwell.com

Attorneys for Defendants.