IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| TRADING PLACES INTERNATIONAL, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUMMERWINDS RESORT SERVICES, LLC, ) <br> ET AL., ) <br> ) <br> Defendants. ) | Case No. 6:15-cv-03092-BP |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a complete copy of ***Plaintiff TPI's First Request for Production to Defendant Stormy Point Village – Phase III Property Owners Association, Inc.*** and ***Plaintiff TPI's First Request for Production to Defendant Summerwinds Resort Services, LLC*** were delivered via email this 26th day of May, 2016, to the following counsel of record:

    Bryan O. Wade
    Christopher Weiss
    Shelly Rosenfelder
    Husch Blackwell LLP
    901 E. St. Louis Street, Suite 1800
    Springfield, MO 65806
    bryan.wade@huschblackwell.com
    chris.weiss@huschblackwell.com
    ***Attorney for Defendants***

    Respectfully Submitted,

    LATHROP & GAGE LLP

    By: */s/ James E. Meadows*
        James E. Meadows    #50874
        Joshua B. Christensen    #63759
        910 E. St. Louis, Suite 100
        Springfield, MO 65806
        (417) 886-2000 FAX: 886-9126
        jmeadows@lathropgage.com
        jchristensen@lathropgage.com
        ***Attorneys for Plaintiff TPI***