IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| TRADING PLACES INTERNATIONAL, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 6:15-cv-03092-BP ) |
| SUMMERWINDS RESORT SERVICES, LLC, et al., | ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

COMES NOW, Defendants Summerwinds Resort Services, LLC and Stormy Point Village – Phase III Property Owners Association, Inc., by and through counsel, and state that a true and correct copy of *Stormy Point Village – Phase III Property Owners Association, Inc.'s Responses and Objections to Trading Places International, LLC's First Request for Production* and *Summerwinds Resort Services, LLC's Responses and Objections to Trading Places International, LLC's First Request for Production* were sent via e-mail transmission, on the 27th day of June, 2016, to:

James Meadows
Joshua B. Christensen
Lathrop & Gage, LLP
910 East St. Louis Street, Suite 100
Springfield, MO 65806
jmeadows@lathropgage.com
jchristensen@lathropgage.com

                                                  **HUSCH BLACKWELL LLP**

                                                  By:*/s/Bryan O. Wade*
                                                      Bryan O. Wade, #41939
                                                      Christopher F. Weiss, # 49314
                                                      901 St. Louis St., Suite 1800
                                                      Springfield, MO  65806
                                                      Office: (417) 268-4000
                                                      Fax No: (417) 268-4040
                                                      bryan.wade@huschblackwell.com
                                                      chris.weiss@huschblackwell.com

                                                *Attorneys for Defendants.*