IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| TRADING PLACES INTERNATIONAL, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SUMMERWINDS RESORT SERVICES, LLC, et al.,<br><br>　　　　Defendants. | Case No. 6:15-cv-03092-BP |

## CERTIFICATE OF SERVICE FOR PLAINTIFF TPI'S SUPPLEMENTAL DISCLOSURE OF EXPERT TESTIMONY

The undersigned hereby certifies under Local Rule 26.4 that *Plaintiff TPI's Supplemental Disclosure of Expert Testimony* and accompanying written report were delivered via email this 28th day of September, 2016, to the following counsel of record:

    Bryan O. Wade
    Christopher Weiss
    Shelly Rosenfelder
    HUSCH BLACKWELL LLP
    901 E. St. Louis Street, Suite 1800
    Springfield, MO 65806
    bryan.wade@huschblackwell.com
    chris.weiss@huschblackwell.com
    shelly.rosenfelder@huschblackwell.com
    *Attorney for Defendants*

                                  Respectfully Submitted,

                                  LATHROP & GAGE LLP

                              By:  */s/ James E. Meadows*
                                  James E. Meadows    #50874
                                  Joshua B. Christensen    #63759
                                  910 E. St. Louis Street, Suite 100
                                  Springfield, MO 65806
                                  (417) 886-2000  FAX:  886-9126
                                  jmeadows@lathropgage.com
                                  jchristensen@lathropgage.com
                                  *Attorneys for Plaintiff*