# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| TRADING PLACES INTERNATIONAL, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:15-cv-03092-BP |
| SUMMERWINDS RESORT SERVICES, LLC, ET AL., | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

COMES NOW Defendants, by counsel, and hereby certifies that *Defendant Stormy Point Village—Phase III Property Owners Association, Inc.'s Second Request for Production Directed to Trading Places International, LLC*, and *Defendants' First Set of Interrogatories Directed to Trading Places International, LLC*, were sent on December 14, 2016, via email in pdf and Word versions to the following counsel of record:

James Meadows
Lathrop & Gage, LLP
910 East St. Louis Street, Suite 100
Springfield, MO 65806
jmeadows@lathropgage.com

HUSCH BLACKWELL LLP

By:/s/ *Christopher F. Weiss*
　　Bryan O. Wade, #41939
　　Christopher F. Weiss, # 49314
　　901 St. Louis St., Suite 1800
　　Springfield, MO  65806
　　Office: (417) 268-4000
　　Fax No: (417) 268-4040
　　bryan.wade@huschblackwell.com
　　chris.weiss@huschblackwell.com

Attorneys for Defendants.