IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| TRADING PLACES INTERNATIONAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:15-cv-03092-BP |
| | ) | |
| SUMMERWINDS RESORT SERVICES, LLC, ET AL., | ) ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a complete copy of ***Plaintiff TPI's Supplemental Documents Responsive to the Association's First Request for Production*** were delivered via electronic format on the 13th day of January, 2017, to the following counsel of record:

Bryan O. Wade
Christopher Weiss
Shelly Rosenfelder
Husch Blackwell LLP
901 E. St. Louis Street, Suite 1800
Springfield, MO 65806
bryan.wade@huschblackwell.com
chris.weiss@huschblackwell.com
*Attorney for Defendants*

Dated: January 17, 2017

Respectfully Submitted,

LATHROP & GAGE LLP

By: */s/ James E. Meadows*
James E. Meadows    #50874
Joshua B. Christensen   #63759
910 E. St. Louis, Suite 100
Springfield, MO 65806
(417) 886-2000  FAX: 886-9126
jmeadows@lathropgage.com
jchristensen@lathropgage.com
*Attorneys for Plaintiff TPI*