# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| TRADING PLACES INTERNATIONAL, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 6:15-cv-03092-BP ) |
| SUMMERWINDS RESORT SERVICES, LLC, et al., | ) ) ) ) |
| Defendants. | ) |

### AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF THE CORPORATE REPRESENTATIVE FOR TRADING PLACES INTERNATIONAL, LLC

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule 30(b)(6), defendants will take the oral and videotaped deposition of **Corporate Representative of Trading Places International, LLC** will be taken by defendants beginning at 1:00 p.m. on April 26, 2017 at Veritext Legal Solutions, 20 Corporate Park, Suite 350, Irvine, CA 92606.

The court reporting and videographing firm will be Veritext Legal Solutions, 20 Corporate Park, Suite 350, Irvine, CA 92606, (949)955-3855.

In connection with the deposition, Trading Places International, LLC shall designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf as the topics and matters listed on **Exhibit A**. In addition, Pursuant to Rule 30(b)(2) and Rule 34, Trading Places International, LLC is requested to produce at the deposition the documents identified on **Exhibit B**.

If this deposition is not completed before 5:00 p.m. on this date, it shall be continued from day to day thereafter at the same place and between the same hours until complete.

This deposition is intended to be used for any lawful and proper purpose, including use at trial as evidence.

HUSCH BLACKWELL LLP


By: /s/ Christopher F. Weiss
Bryan O. Wade                #41939
Christopher F. Weiss         #49314
Shelly A. Rosenfelder        #67177
901 St. Louis St., Suite 1800
Springfield, MO 65806
Office: (417) 268-4000
Fax No: (417) 268-4040
Bryan.wade@huschblackwell.com
chris.weiss@huschblackwell.com
shelly.rosenfelder@huschblackwell.com

Attorneys for Defendants.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing notice of deposition was forwarded this 17th day of April, 2017, via the court's electronic notification system:

James E. Meadows
J. Taylor White
Lathrop & Gage, LLP
910 East St. Louis Street, Suite 100
Springfield, MO 65806
jmeadows@lathropgage.com
twhite@lathropgage.com


/s/Christopher F. Weiss
Attorney